**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6761**

JABBAR JOMO STRAWS,

Plaintiff - Appellant,

versus

JASON CRAWFORD, Lexington County Sheriff's
Department; JASON SHULER, Batesburg Leesville
Police Department,

Defendants - Appellees,

and

LEXINGTON COUNTY SHERIFF'S DEPARTMENT;
BATESBURG-LEESVILLE POLICE DEPARTMENT,

Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Henry F. Floyd, District Judge.
(4:06-cv-03220-HFF)

Submitted:  September 26, 2007      Decided:  October 11, 2007

Before WILKINSON, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jabbar Jomo Straws, Appellant Pro Se.  William Henry Davidson, II,
Daniel C. Plyler, DAVIDSON, MORRISON & LINDEMANN, PA, Columbia,
South Carolina, for Appellee Jason Crawford.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jabbar Jomo Straws appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Straws v. Crawford</u>, No. 4:06-cv-03220-HFF (D.S.C. May 2, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>